# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**MARRIO TERRELL DEDNAM**                                            **PETITIONER**
**ADC# 107593**

**VS.**                       **5:06CV00076 WRW/BD**

**LARRY NORRIS, Director,**
**Arkansas Dept. of Correction**                                  **RESPONDENT**

## **JUDGMENT**

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this 28 U.S.C. § 2254 Petition for Writ of Habeas Corpus with prejudice.

IT IS SO ORDERED this 25th day of August, 2008.

                                                   /s/Wm. R. Wilson, Jr.
                                              UNITED STATES DISTRICT JUDGE